[Civil No. 1053.   Filed March 20, 1909.]

[100 Pac. 440.]

## PETER L. KASTNER, Appellant, v. R. L. ADAMS and JAMES ADAMS, Appellees.

1. APPEAL AND ERROR—WANT OF PROSECUTION—DISMISSAL.—Where an appellant fails for more than one year to present his case or file a brief or assignment of error, the court may on its own motion dismiss his appeal for want of prosecution.

APPEAL from a judgment of the District Court of the Fourth Judicial District, in and for the County of Yavapai. Richard E. Sloan, Judge. Dismissed.

E. M. Sanford, for Appellant.

Clark & Tillinghast, for Appellees.

PER CURIAM.—The record in this case was filed in this court one year ago. No brief or argument or assignment of errors has been filed by the appellant; nor has appellant orally presented his case.

Upon our own motion, the appeal is dismissed for want of prosecution.

SLOAN, J., not sitting.